UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. C-1-00-0828 |
| ) | |
| BRUCE GARVIN, et al. ) | Hon. Sandra S. Beckwith |
| ) | Magistrate Judge Hogan |
| Defendants. ) | |

## ORDER DISTRIBUTING REMAINING PROCEEDS OF JUDICIAL SALE

The United States, having requested an order distributing the remaining proceeds of the judicial sale of the real property located at 1192 Hickory Lake Drive, Cincinnati, Ohio (hereinafter "subject property"), in the amount of $1,092.92, and good cause having been found,

IT IS THEREFORE ORDERED THAT the remaining proceeds of the sale of the subject property in the amount of $1,092.92, should be distributed to the United States for application toward the unpaid federal tax liabilities of the defendant Bruce Garvin.

**IT IS SO ORDERED.**


**Date:** June 26, 2007                    s/Sandra S. Beckwith
                                                         Sandra S. Beckwith, Chief Judge
                                                         United States District Court

2569735.11